CLOSED

LEVITT & SLAFKES, P.C.
76 South Orange Avenue, Suite 305
South Orange, New Jersey
(973) 313-1200
Attorneys for defendants Fixzit National Install Services, Inc.
and Steve Levi

|  |  |
|---|---|
| H. SCOTT GURVEY and<br>AMY R. GURVEY,<br><br>Plaintiffs Pro Se,<br><br>vs.<br><br>FIXZIT NATIONAL INSTALL<br>SERVICES, INC. an Ohio corporation,<br>STEVE LEVI,<br>JOSEPH M. RUTKOSKI Sr.,<br>JIM LAMBETI HEATING,<br>ELECTRICAL & AIR CONDITIONING,<br>JIM LAMBERTI, an individual,<br>and DOES 1-X, Inclusive,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 06-1779 (DRD)<br><br>STIPULATION OF DISMISSAL WITH<br>PREJUDICE AS TO STEVE LEVI |

The undersigned hereby stipulate and agree that the within matter has been amicably resolved between the parties and that the above-captioned matter is dismissed with prejudice and without costs as to defendant Steve Levi.

H. Scott Gurvey

Amy R. Gurvey

Dated: January 17, 2008

LEVITT & SLAFKES, P.C.
Attorneys for Defendant Steve Levi

By: Bruce H. Levitt

SO ORDERED: _____

DATE: January 29, 2008