UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| H. SCOTT GURVEY and AMY R. GURVEY,<br><br>      Plaintiffs,<br><br>v.<br><br>FIXZIT NATIONAL INSTALL SERVICES, INC., STEVE LEVI, JOSEPH M. RUTKOSKI, SR., JIM LAMBERTI HEATING, ELECTRICAL & AIR CONDITIONING, JIM LAMBERTI and DOES 1-X inclusive,<br><br>      Defendants. | Civ. No. 06-1779(DRD)<br><br><br>**ORDER** |

  This matter having come before the Court on Plaintiffs' and Defendants Jim Lamberti Heating, Electrical & Air Conditioning and Jim Lamberti's (the "Lamberti Defendants'") Motions for Summary Judgment and the Court having considered the submissions and oral argument of the parties; and for the reasons set forth in an Opinion of even date;

  IT IS on this 8th day of February, 2011, hereby ORDERED that the Lamberti Defendants' Motion for Summary Judgment is GRANTED. Plaintiffs' Motion for Summary Judgment is DENIED. Plaintiffs' Complaint is DISMISSED.

                s/ Dickinson R. Debevoise
                DICKINSON R. DEBEVOISE, U.S.S.D.J.